David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
Karmen Self-Forbes

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

Karmen Self-Forbes,

          Plaintiff,

v.

FINGERHUT,

          Defendant.

**Case No. 2:16-cv-01285-JCM-CWH-**

**NOTICE OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT FINGERHUT**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), **Defendant Fingerhut**, not having filed or served an answer or a motion for summary judgment; the Plaintiff in the above-entitled action, as to Defendant Fingerhut, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, against **Defendant Fingerhut**.

Dated:     August 2, 2016

          Respectfully submitted,

          By:    /s/David H. Krieger, Esq.
                  David H. Krieger, Esq. (Nevada Bar No. 9086)
                  HAINES & KRIEGER, LLC
                  8985 S. Eastern Avenue, Suite 350
                  Henderson, Nevada 89123
                  *Attorney for Plaintiff*